# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Viking Coca Cola, Inc.,

       Plaintiff,                          Civil No. 09-2482 (RHK/RLE)

vs.                                     **DISQUALIFICATION AND
ORDER FOR REASSIGNMENT**

Rockstar, Inc.,

       Defendant.

       The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

       **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

       **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: September 14, 2009

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge